**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| RICHARD N. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:11-cv-00766-TWP-DKL |
| | ) | |
| FORECLOSURE WAREHOUSE.COM, INC., | ) | |
| MAXXCLEAN LLC, HOMEROUTE, | ) | |
| INFORED MEDIA, LLC, | ) | |
| AMERICAN AUTO TRANSPORT, | ) | |
| NATIONAL COMMUNICATIONS | ) | |
| COMPANY, LLC, and SHELLY RUPEL, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

For the reasons detailed in the orders issued this day specifying the relief to which the

Plaintiff is entitled, the Court now enters FINAL JUDGMENT in this action in favor of Plaintiff,

Richard Bell, and against the Defendants and each of them, as follows:

1. The plaintiff is awarded judgment against and shall recover statutory damages of
$2,500.00 from each of the following:

    a. FORECLOSURE WAREHOUSE.COM, INC.,
    b. MAXXCLEAN LLC,
    c. HOMEROUTE,
    d. INFORED MEDIA, LLC,
    e. AMERICAN AUTO TRANSPORT,
    f. NATIONAL COMMUNICATIONS COMPANY, LLC, and
    g. SHELLY  RUPEL.

2. A temporary injunction is entered against each Defendant as follows.

a. FORECLOSURE WAREHOUSE.COM, INC. is enjoined from posting the photograph in
dispute on its website so long as the statutory damages awarded herein remain unpaid.

b. MAXXCLEAN LLC, is enjoined from posting the photograph in dispute on its website
so long as the statutory damages awarded herein remain unpaid.

c. HOMEROUTE is enjoined from posting the photograph in dispute on its website so long as the statutory damages awarded herein remain unpaid.

d. INFORED MEDIA, LLC, is enjoined from posting the photograph in dispute on its website so long as the statutory damages awarded herein remain unpaid.

e. AMERICAN AUTO TRANSPORT is enjoined from posting the photograph in dispute on its website so long as the statutory damages awarded herein remain unpaid.

f. NATIONAL COMMUNICATIONS COMPANY, LLC, is enjoined from posting the photograph in dispute on its website so long as the statutory damages awarded herein remain unpaid.

g. SHELLY RUPEL is enjoined from posting the photograph in dispute on her website so long as the statutory damages awarded herein remain unpaid.

Dated: 06/17/2014
_____

Laura A. Briggs, Clerk of Court

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

DISTRIBUTION:

Richard N. Bell
BELL LAW FIRM
richbell@comcast.net

David F. Hurley
HURLEY & HURLEY PC
dhurley@hurley-legal.net

John W. Nelson
LAW OFFICE OF JOHN NELSON
jwnelso1@yahoo.com